

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Lukas Hale

No. 06-25-00093-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of Relator to dismiss his mandamus petition should be granted. Therefore, we dismiss the petition.

RENDERED OCTOBER 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk